**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6824**

JEFFRAY WHITEHEAD,

Plaintiff - Appellant,

v.

MEDICAL STAFF, Onslow County Detention Center; SHERIFF HANS MILLER; LIEUTENANT GARZA; CAPTAIN SPEARMAN; MS. DANYELL; NURSE BREEANNA; NURSE COREY; OFFICER WEST; SERGEANT EWING, SERGEANT SULLIVAN; SERGEANT FISHER; DEPUTY MCEDY; LIEUTENANT BRITT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:23-ct-03315-D-RJ)

Submitted:  November 19, 2024                    Decided:  November 27, 2024

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffray Whitehead, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffray Whitehead appeals the district court's orders dismissing his 42 U.S.C. § 1983 complaint and denying his Fed. R. Civ. P. 59(e) motion for reconsideration of the order of dismissal. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's orders. *Whitehead v. Med. Staff*, No. 5:23-ct-03315-D-RJ (E.D.N.C. Feb. 23, 2024; Aug. 9, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*